**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DON RINEHULS and JUDITH RINEHULS,**

        **Plaintiffs,**

v.   Case No. 6:21-cv-123-ACC-DCI

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

        **Defendant.**

## ORDER

This cause is before the Court on the Motion for Attorney Fees (Doc. 20) filed by Holiday Inn Club Vacations ("HICV") on March 22, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 24).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 9, 2021 (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Attorney Fees (Doc. 20) is hereby **GRANTED** to the extent that HICV is entitled to its attorney fees and costs in this action pursuant to the settlement agreement.

3. HICV is permitted 14 days to file a motion seeking quantification of that amount if the parties cannot agree amongst themselves as to the appropriate amount.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2021.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record